JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>Dianne Anderson, aka Dianne Lee Henries,<br><br>           Defendant | No. CV A 12- 10739<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Dianne Anderson, aka Dianne Lee Henries, in the principal amount of $1,423.81 plus interest accrued to November 26, 2012, in the sum of $1,189.24; with interest accruing thereafter at 3% annually until entry of judgment, administration costs in the amount of $47.00, for a total amount of $__2,660.05__.

DATED: 12/20/2012        By: Terry Nafisi
                                        Clerk of the Court

                                         /s/ Jenny Lam
                                           Deputy Clerk
                                United States District Court